IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:94CR00061-005 |
| v. | **ORDER** |
| **JEFFERY BLAKE JOHNSON,** | By: James P. Jones |
| Defendant. | United States District Judge |

For the reasons stated in the accompanying Opinion, it is **ORDERED** as follows:

1. The Clerk is DIRECTED to redocket the defendant's pro se motion (ECF No. 278) as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255;

2. The § 2255 motion is hereby DENIED without prejudice as successive;

3. The clerk shall place and maintain under seal Exhibits C, E, and H included in ECF No. 278; and

4. The § 2255 motion is stricken from the active docket of the court.

ENTER: October 3, 2011

/s/ James P. Jones
United States District Judge