IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:94CR00061-005 |
| v. ) | **ORDER** |
| ) | |
| **JEFFERY BLAKE JOHNSON,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For reasons stated in the accompanying Opinion, it is **ORDERED** that:

1. Defendant's "Motion to Correct Clerical Error(s)" (ECF No. 298) is DENIED;

2. The Clerk is DIRECTED to redocket the defendant's pro se motion (ECF No. 298) as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255;

3. The § 2255 motion is hereby DENIED without prejudice as successive;

4. The clerk is DIRECTED to place and maintain under seal ECF No. 298, Exhibit 1 (defendant's Presentence Investigation Report); and

5. The § 2255 motion is stricken from the active docket of the court.

ENTER: February 26, 2013

/s/ James P. Jones
United States District Judge